Name: Laurie Elizabeth Alderman
Address: 473 Maple Avenue
Cotati, CA 94931
Phone Number: 707-795-1540
E-mail Address: lauriealderman@yahoo.com
*Pro Se*

RECEIVED
OCT 01 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laurie Elizabeth Alderman ) | Case Number: 4:2019cv05844 |
| ) | |
| ) | [PROPOSED] ORDER GRANTING |
| ) | MOTION FOR PERMISSION FOR |
| Plaintiff, ) | ELECTRONIC CASE FILING |
| ) | |
| vs. ) | DATE: |
| City of Cotati, et al. ) | TIME: |
| ) | COURTROOM: |
| ) | JUDGE: |
| ) | |
| Defendant. ) | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: October 2, 2019

*[Signed: Kandis Westmore]*
Judge Kandis Westmore
United States District Magistrate Judge