1

2

3

4            UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    LAURIE ELIZABETH ALDERMAN,              Case No.  19-cv-05844-KAW
                Plaintiff,
8
         v.                                  **ORDER RE APPLICATION TO
9                                            PROCEED IN FORMA PAUPERIS**
     CITY OF COTATI, et al.,
10
                Defendants.
11

12

13          IT IS ORDERED that the application to proceed in forma pauperis is GRANTED.  The

14   complaint having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED

15   that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the

16   Northern District of California serve, without prepayment of fees, a copy of the complaint, any

17   amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the

18   defendant.

19   Dated: October 16, 2019

20   _____
     KANDIS A. WESTMORE
21   United States Magistrate Judge

22

23

24

25

26

27

28

United States District Court
Northern District of California