

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

October 17, 2019

Laurie Elizabeth Alderman
473 Maple Avenue
Cotati, CA 94931

Subject:  19-cv-05844-KAW
Alderman v. City of Cotati

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office.  The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information.  A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

by: Jordan Burgan
Case Systems Administrator
(510) 637-3537

| Name | Address |
|------|---------|
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |
|      |         |

*Rev. 7-19*