Peter Urhausen Esq. SBN 160392
Sean Conley Esq. SBN 130814
GIBBONS & CONLEY
3480 Buskirk Ave., Suite 200
Pleasant Hill, CA 94523
T: 925.932.3600
F: 925.932.1623


Attorney for Defendants CITY OF COTATI, MICHAEL
         PARISH, MARK LANDMAN, JOHN MOORE,
         JOHN DELLOSSO, WENDY SKILLMAN,
         SUSAN HARVEY, DAMIEN O'BID, VICKI
         PARKER


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN, | Case No. 19-cv-05844-KAW |
| Plaintiffs, | Assigned to: Magistrate Judge Kandis A. Westmore |
| v. | |
| CITY OF COTATI, MICHAEL PARISH, MARK LANDMAN, JOHN MOORE, JOHN DELLOSSO, WENDY SKILLMAN, SUSAN HARVEY, DAMIEN O'BID, VICKI PARKER. | **CONSENT TO MAGISTRATE JUDGE** |
| | Action Filed: September 19, 2019 |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. section 636(c), Defendants CITY OF COTATI, MICHAEL PARISH, MARK LANDMAN, JOHN MOORE, JOHN DELLOSSO, WENDY SKILLMAN, SUSAN HARVEY, DAMIEN O'BID, and VICKI PARKER voluntarily **<u>consent</u>** to have United States Magistrate Judge Kandis A. Westmore conduct all further proceedings in this case, including trial and entry of final judgment. Plaintiff understands that

1

1    appeal from the judgment shall be taken directly to the United States Court of Appeals for the

2    Ninth Circuit.

3

4

5    Dated:     October 25, 2019              GIBBONS & CONLEY

6
                                       By:  /s/ *Peter Urhausen*
7                                          PETER A. URHAUSEN, ESQ.
                                           Attorney for Defendants CITY OF COTATI,
8                                          MICHAEL PARISH, MARK LANDMAN, JOHN
                                           MOORE, JOHN DELLOSSO, WENDY
9                                          SKILLMAN, SUSAN HARVEY, DAMIEN
                                           O'BID, VICKI PARKER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT TO MAGISTRATE JUDGE                           Case No. 19-cv-05844-KAW