

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
cand.uscourts.gov

October 17, 2019

Laurie Elizabeth Alderman
473 Maple Avenue
Cotati, CA 94931

Subject: 19-cv-05844-KAW
Alderman v. City of Cotati

    An order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To ensure that proper service is made, the address(es) of the defendant(s) must be submitted to this office. The bottom portion of this letter is to be used for the information. Please print that current address for each listed defendant.

    A self-addressed postage paid envelope is enclosed for your convenience in returning this information. A prompt response with the requested information will be appreciated.

Sincerely,

Susan Y. Soong, Clerk

by: Jordan Burgan
Case Systems Administrator
(510) 637-3537

| Name | Address |
|---|---|
| See attached | |
| | |
| | |
| | |

REV. 7-19

Case 4:19-cv-05844-KAW
Laurie Elizabeth Alderman v. City of Cotati, et al.
Information on addresses for summons and service of documents

Below is information on the addresses and summons for my case.

Defendant City of Cotati should be addressed as City of Cotati, City Manager Damien O'Bid, City of Cotati
201 West Sierra Avenue
Cotati, CA 94931
707-792-4600

City Hall hours of operation:  Hours: 7:30am-5:30pm Monday – Thursday.  The city clerk's name is Lauren Berges.

Individual Defendants:

| Individual Defendants: | Addresses: |
| --- | --- |
| Mark Landman | 365 Maple Ave, Cotati, CA, 94931-4180 |
| John Dell Osso | 227 Eagle Dr, Cotati CA 94931 |
| Wendy Skillman | 79 William St, Cotati, CA, 94931-5211 |
| Susan Harvey | 65 Nelson Ln, Cotati, CA, 94931-9605 |
| John Moore | 8592 Lakewood Ave, Cotati, CA, 94931-4468 |
| Damien O'Bid | 500 Piccadilly Pl, Windsor, CA, 95492-8349 |
| Michael Parish | c/o City of Cotati Police Department, 203 W Sierra Ave, Cotati, CA 94931 |
| Vicki Parker | c/o City of Novato, Community Development Department, 922 Machin Avenue Novato, CA 94945 |

Thank you,
Laurie Alderman
10/21/19