Peter Urhausen Esq. SBN 160392
Sean Conley Esq. SBN 130814
GIBBONS & CONLEY
3480 Buskirk Ave., Suite 200
Pleasant Hill, CA 94523
T: 925.932.3600
F: 925.932.1623

Attorney for Defendant CITY OF COTATI, MICHAEL PARISH, MARK LANDMAN, JOHN MOORE, JOHN DELLOSSO, WENDY SKILLMAN, SUSAN HARVEY, DAMIEN O'BID, VICKI PARKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF COTATI, MICHAEL PARISH, MARK LANDMAN, JOHN MOORE, JOHN DELLOSSO, WENDY SKILLMAN, SUSAN HARVEY, DAMIEN O'BID, VICKI PARKER.<br><br>    Defendants. | Case No. 19-cv-05844-KAW<br>Assigned to: Magistrate Judge Kandis A. Westmore<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS, STRIKE, AND FOR MORE DEFINITE STATEMENT OF COMPLAINT**<br><br>**Date:** December 12, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** TBD<br><br>Action Filed: September 19, 2019 |

The Court, having considered the papers filed herewith, and good cause appearing, orders as follows:

1. The claims against all Defendants are dismissed with prejudice. Plaintiff has failed to state a cause of action with respect to each of the Defendants.

2. [In the alternative] the claims against Defendants Skillman, Harvey, O'Bid, and Parker are

1

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS, STRIKE,   Case No. 19-cv-05844-KAW
AND FOR MORE DEFINITE STATEMENT OF COMPLAINT

dismissed without leave to amend. The allegations against these Defendants fail to state a cause of action under applicable law.

3. [In the alternative] the allegations found in paragraphs 18-58 and 70 are stricken without leave to amend. These allegations predate the filing of the Complaint by a sufficient period that claims based upon these events are barred by the applicable statute of limitations, and therefore, these allegations are immaterial and impertinent to the claims in this action.

4. [In the alternative] the claims of the first cause of action are dismissed with prejudice and/or stricken without leave to amend. The allegations of this cause of action fail to state a cause of action under applicable law, and therefore the claimed matters are immaterial and impertinent.

5. [In the alternative] the claims of the second cause of action are dismissed with prejudice and/or stricken without leave to amend. The allegations of this cause of action fail to state a cause of action under applicable law, and therefore the claimed matters are immaterial and impertinent.

6. [In the alternative] the claims of the third cause of action are dismissed with prejudice and/or stricken without leave to amend. The allegations of this cause of action fail to state a cause of action under applicable law, and therefore the claimed matters are immaterial and impertinent.

7. [In the alternative] the claims against the individual Defendants are dismissed without leave to amend because the Defendants are entitled to qualified immunity.

8. [In the alternative] the request for punitive damages is dismissed with prejudice.

Dated:

By: _____
JUDGE OF THE DISTRICT COURT

[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS, STRIKE, AND FOR MORE DEFINITE STATEMENT OF COMPLAINT    Case No. 19-cv-05844-KAW