UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF COTATI, et al.,<br><br>　　　　　Defendants. | Case No.19-cv-05844-KAW<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on Defendants' Motion to Dismiss, Strike, and for More Definite Statement of Complaint [dkt 14] is rescheduled to December 19, 2019 at 1:30 p.m. before Magistrate Judge Kandis A. Westmore.

Dated: November 1, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Stephen Ybarra, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable KANDIS A. WESTMORE