Peter Urhausen Esq. SBN 160392
Sean Conley Esq. SBN 130814
GIBBONS & CONLEY
3480 Buskirk Ave., Suite 200
Pleasant Hill, CA 94523
T: 925.932.3600
F: 925.932.1623


Attorney for Defendants CITY OF COTATI, MICHAEL
      PARISH, MARK LANDMAN, JOHN MOORE,
      JOHN DELLOSSO, WENDY SKILLMAN,
      SUSAN HARVEY, DAMIEN O'BID, VICKI
      PARKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN,<br><br>                            Plaintiffs,<br><br>          v.<br><br>CITY OF COTATI, MICHAEL PARISH,<br>MARK LANDMAN, JOHN MOORE,<br>JOHN DELLOSSO, WENDY SKILLMAN,<br>SUSAN HARVEY, DAMIEN O'BID,<br>VICKI PARKER.<br><br><br>                            Defendants. | Case No. 19-cv-05844-KAW<br>Assigned to: Magistrate Judge Kandis A. Westmore<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR POSTPONEMENT/RESCHEDULING OF HEARINGS DUE TO HARDSHIP**<br><br>Action Filed: September 19, 2019 |

Defendants respond to Plaintiff's motion. Without endorsing the assertions made by Plaintiff or addressing the deficiencies of her filings, Defendants offer the following comments. The culmination of multiple email exchanges with Plaintiff during defense counsel's vacation, during which defense counsel has at times had sporadic access to email, was Plaintiff's insistence

1

1  that the motion to dismiss be continued until after the case management conference. Defendants

2  did and do object to the case management conference being held before the motion to dismiss is

3  decided, as it makes no sense to attempt to disclose information or otherwise address case

4  management issues until the pleadings are resolved and any remaining issues known.

5       Defendants take no position on Plaintiff's request to continue the hearing on the motion to

6  dismiss, but do request that the case management conference be continued until all pleading

7  issues are resolved.  Defendants also request that no hearings be scheduled the weeks of January 7

8  and 14, as defense counsel is set for trial in Los Angeles during that period.

9       Respectfully submitted.

10

11

Dated:    November 12, 2019          GIBBONS & CONLEY

12

13             By: /s/ *Peter Urhausen*

14             PETER A. URHAUSEN, ESQ.
           Attorney for Defendants CITY OF COTATI,
15             MICHAEL PARISH, MARK LANDMAN, JOHN
           MOORE, JOHN DELLOSSO, WENDY
16             SKILLMAN, SUSAN HARVEY, DAMIEN
           O'BID, VICKI PARKER

17

18

19

20

21

22

23

24

25

26

27
                    2
28  DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR
POSTPONEMENT/RESCHEDULING OF HEARINGS DUE TO HARDSHIP    Case No. 19-cv-05844-KAW