ATTORNEY FOR PLAINTIFF
LAURIE ELIZABETH ALDERMAN, PRO SE,
473 MAPLE AVENUE
COTATI, CA 94931
707-795-1540
LAURIEALDERMAN@YAHOO.COM

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**.

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN, plaintiff | Case No. 19-cv-05844-KAW: Assigned to: Magistrate Judge Kandis A. Westmore |
| City of Cotati, et al, defendants. | **Retraction of:** <br><br> STIPULATION TO EXTEND TIME ON RESPONSES; ORDER. |

Again, filing as Pro Se and without having legal advice at all at this point in time, I am going to use plain language.  I would like to retract my stipulation to extend time for responses.  I thought that the email exchange outlining the new dates as evidence and the statement on ECF filing allowed me to do the signatures as I did.

This error was due to inexperience and knowledge and a lack of legal advice.  The defendant's counsel gave me no advice on who was to file the stipulation either, for example.  All I knew is that I needed it to be in by Friday the 15th.   I made my best guess on how it should be filed.

Opposing counsel now has a revised stipulation to review and hopefully, he will file it a.s.a.p.   I finally have an appointment with the Federal Pro Bono Project next week, which will hopefully help prevent similar procedural errors in the future.

Respectfully,

November 13, 2019                    /s/*laurie alderman*_____

                                        Laurie Alderman, Pro Se, plaintiff.