Laurie Elizabeth Alderman, Pro Se,
473 Maple Avenue
Cotati, CA 94931
707-795-1540
Lauriealderman@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| Laurie Elizabeth Alderman, | Case No.: 19-CV-05844-KAW |
|---|---|
| Plaintiff, | |
| vs. | Motion for telephonic appearance on February 6, 2020. |
| City of Cotati, et al, | |
| Defendant | |

I, Laurie Alderman, as the pro se plaintiff on this case, respectfully ask that the Court approve a request for a telephonic appearance if needed for the February 6th, 2020 at 1:30 p.m. motion to dismiss/clarify/strike hearing.

I have multiple medical conditions and physical disabilities that fluctuate in their severity. The most impacting condition is cervical spinal stenosis, which can lead to temporary paralysis, especially of my hands and feet. If I have a flare-up of this condition, it would preclude me from traveling from Sonoma County to Oakland for the hearing with having to rely on public transportation or others to travel to the Court.

Hopefully, I will be able to travel to the hearing and appear in person on the date of the hearing. However, I am asking the Court to grant the telephonic appearance. If I am able to appear in person, I shall inform the Court at least 48 hours before the date and time of the hearing.

Respectfully,

/s/*Laurie Alderman*

Laurie Alderman

Electronically signed by Laurie Alderman on December 23, 2019

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Laurie Elizabeth Alderman, | Case No 19-cv-05844- KAW |
|---|---|
| Plaintiff, | MODIFIED ORDER GRANTING TELEPHONIC APPEARANCE |
| v. | |
| City of Cotati, et al. | |
| Defendant. | |

**Plaintiff** Laurie Alderman's motion to appear telephonically at the defendant's motion to dismiss/strike/clarify hearing on

**February 6, 2020** at 1:30 p.m. is GRANTED.

The plaintiff, being in pro se, shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*. This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date. If Plaintiff decides to appear in person, Plaintiff shall inform the courtroom deputy clerk prior to the hearing.

IT IS SO ORDERED.
Date: January 9, 2020




KANDIS ____
United States ____
Judge