UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COTATI, et al.,<br><br>Defendants. | Case No. 19-cv-05844-KAW<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF DEADLINE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 38 |

On February 4, 2020, the Court granted Defendants' motion to dismiss, and ordered that Plaintiff file an amended complaint by February 28, 2020. (Dkt. No. 37 at 10.) That same day, Plaintiff filed the instant motion requesting that the deadline to file the amended complaint be extended to March 14, 2020. (Pl.'s Mot. to Extend Deadline, Dkt. No. 38.) Plaintiff stated that public records relevant to the amendment of her complaint were due by February 9, 2020, but that an extension was likely. (*Id.* at 1.)

Defendants did not file an opposition. Accordingly, the Court GRANTS Plaintiff's motion for an extension of deadline.[1] Plaintiff's amended complaint is due by **March 16, 2020**, as March 14, 2020 is a Saturday.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge

---

[1] In so granting, the Court does not find that public records are relevant to the amendment of Plaintiff's complaint. Indeed, it is not clear how Plaintiff's assertion that Defendants are forwarding her e-mails to Mr. Mora, even if true, would be the basis for a First Amendment or Americans with Disabilities Act claim.