UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE ELIZABETH ALDERMAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COTATI, et al.,<br><br>Defendants. | Case No.19-cv-05844-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 52 |

On July 2, 2020, the Court granted Defendants' motion to dismiss. (Dkt. No. 52.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 2, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge